

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**Atlanta DIVISION**

Birchstone Residential    24-M- 40059

**Plaintiff**,

VS

Eugina Salas etal

**Defendant,**

**1:24-CV-5391**

# PETITION NOTICE FOR REMOVAL OF ACTION

# COMPLAINT PRELIMINARY AND PERMANENT INJUNCTION,

# TEMPORARY RESTRAINING ORDER

1.)

The petitioner respectfully petitions this court for removal of action.    COMES NOW Eugenia Salas etal to Hereby request a "Preliminary and Permanent Injunction, Temporary Restraining Order, Petition Of Removal.

Petitioner as above stated and petitions this court for removal of action from the Gwinnett County *Magistrate* Court . This petition is set forth on the following grounds; The Respondent did violate several federal statutes including but not limited to: 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure 18 U S C §242 and having a legal duty to abort eviction pursuant to O.C.G.A 51-1-16. Civil Practice and Procedure Chapter 83.51

The *Gwinnett* County Magistrate Courts' Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

The Gwinnett County Magistrate Courts' Dispossessory is Unconstitutional with respect to "Due Process Clauses" 14th Amendment.

## JURISDICTION

2.

Jurisdiction and venue of this court over this matter is invoked pursuant to the 28 U.S.C. § 1331, 1332, 1343 and 1357.

## COUNT I

## ILLEGAL DISPOSSESSORY

Respondent avers that the Plaintiff did employ illegal colleion efforts includin calls at all hours and physical intimidation on the premises . This lapse is in violation of FDCPA guidelines.   His complaining of these improper action led to this filing.

## PARTIES

3.

- Respondent Eugenia Salas is the tenant at the property.
- Plaintiff Birchstone Residential    is the purported owner of said property.

## COUNT II

## NATURE OF ACTION

4.

This is an action to prevent Birchstone Residential from conducting and enforcing an illegal **WRIT OF**

**POSSESSION** and illegal **EVICTION.** I demand my day in court to defend against this illegal eviction with respect to the property located in Gwinnett County against Eugenia Salas and to set aside the illegal Eviction and to expose the pattern of corruption and/or fraud at the core of this case.

**WHEREFORE the Petitioner Eugenia Salas demands the following**

**relief :**

1. This honorable Court remove this case from the Gwinnett County Magistrate Court.

2. This honorable Court afford adequate *discovery*

*3. This honorable Court hold a hearing to determine the facts of the complaint.*

4. This honorable Court provide relief such as this Court deems just and proper.

5. Enjoin and issue **INSTANTER** , an **EMERGENCY TEMPORARY RESTRAINING ORDER**, and Injunction against the Plaintiff, Dispossessory Proceedings and Writ Of Possession to be issued in the Gwinnett County Magistrate Court

## VERIFICATION

### (Affidavit)

The undersigned Eugenia Salas etal by appellation does hereby swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an Attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of **my** knowledge.

Eugenia Salas

*Eugenia Salas*
Eugenia Salas

E-FILED IN OFFICE LS
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
24-M-40059
9/18/2024 3:13 PM
TIANA P. GARNER, CLERK

| Birchstone Residential a/a/f Halston Paces Crossing | MAGISTRATE COURT OF GWINNETT COUNTY STATE OF GEORGIA |
|---|---|
| PDQ Services, Inc.<br>P. O. Box 2109<br>Woodstock, GA 30188-1374 (678) 569-2900<br>Plaintiff's Name, Address, Phone Number   VS | DISPOSSESSORY PROCEEDING<br><br>Case No.  24-M-40059 |
| **Eugenia Salas**<br><br>4300 Jimmy Carter Boulevard  Apt. 716<br>Norcross, GA  30093<br>Defendant's Name Address and Phone Number: | INFO AND FORMS ON THE INTERNET<br>http://www.gwinnettcourts.com<br><br>**To be served by Lisa WOLFE** |

Personally appeared the undersigned affiant who on oath says that affiant is (agent) for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the address as stated above, in Gwinnett County, the property of said Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship. FURTHER THAT: (check applicable claim(s))

[X] tenant fails to pay the rent which is now past due;

[ ] tenant holds the premises over and beyond the term for which they were rented or leased to tenant;

[ ] tenant is a tenant at sufferance;

[ ] Other: _____ ; and

THAT Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession. WHEREFORE, Plaintiff(s) demand(s) (a) possession of the premises; (b) past due rent of

$2,082.00   (c) rent accruing up to the date of judgment or vacancy at the rate of

$69.40   per day. (Calculate daily rental rate, if seeking rent accruing to date of judgment or vacancy.)

(d) Other: Court costs  $60.00  late fees of: $195.70  plus  126.18 Utilities

Sworn to and subscribed before me,
This  17  day of  September  2024

By:  Fiorella Quiroz           [Agent,] Birchstone Residential a/a/f Halston Paces Crossing

1229557-1073360

**SUMMONS -- To the Sheriff of Gwinnett County or lawful deputies of the Sheriff -- GREETINGS:**

The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons. If such answer is not made timely, a Writ of Possession and/or Judgment shall issue as provided by law.
Witness the Honorable Kristina Hammer Blum, Chief Magistrate of said Court.

This  _____  day of  9/18/2024

Magistrate or Deputy Clerk

**WRIT OF POSSESSION**

To the Sheriff of Gwinnett County or lawful deputies of the Sheriff: You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendant(s) together with Defendant(s)/ their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective:

1. (Instanter); or 2. (On _____ , 20 ____ ; or, 3. Pursuant to the terms of a consent judgment filed herewith dated _____ , 20 ____ .

This  _____  day of  _____  _____

Magistrate